Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF: J.H.R., a Minor

3582 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP-51-AP-0000940-2016
CP-51-DP-0001859-2015
FID: 51-FN-000560-2015
(Philadelphia)

Affirmed

IN the INTEREST OF:
T.L., III, a Minor

3604 EDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP-51-AP-0000939-2016
CP-51-DP-0000685-2015
FID: 51-FN-0005060-2015
(Philadelphia)

Affirmed

COM.

v.

MILLER, M.

616 MDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP-14-CR-0001505-2014 (Centre)

Affirmed

COM.

v.

IVERSON, L.

671 MDA 2016

Superior Court of Pennsylvania.

05/16/2017

CP-38-CR-0001012-2012
CP-38-CR-0001016-2012
CP-38-CR-0001018-2012
(Lebanon)

Remanded Jurisdiction Retained

